**PLEASE TYPE OR PRINT**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Kenneth Joseph Rogers and June Georgette Rogers

Case No.: 09-79711      Chapter: 13

**Change of Address for:**
Debtor [ ]    Creditor [ ]    Attorney for Debtor [✓]    Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]    Payments ONLY [ ]    Notices and Payments [✓]

EFFECTIVE DATE OF CHANGE: 1/6/2015

Name: Vantium Capital, Inc

Prior Address: 7880 Bent Branch Dr Suite 150
Irving, TX 75063

*******************************************************************

New Address: Vantium Capital, Inc
18451 North Dallas Parkway Suite 100
Dallas, TX 75287

Change of Address Was Furnished By:  Debtor [ ]    Creditor [✓]    Attorney [ ]

Date: 01/06/2015       Signature of Filer: /s/Demonica Dibbles
Telephone Number: 469-941-6436

| **IF FILED BY ATTORNEY** |
|---|

Attorney Name: _____

Bar ID: _____
Address: _____
_____

Revised August 2012